

FILED

18 JAN -9 PM 3:23

CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY _____ DEPUTY

Unsealed per Court Order on 12/20/2021 (fth)

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 18CR0196 CAB |
|---|---|
| Plaintiff, | NOTICE OF RELATED CASE |
| v. | SEALED |
| JAIR ALBERTO MOLINA PEREZ, et al. aka "Chicle," | |
| Defendants. | |

TO THE CLERK OF THE COURT:

Please take notice that the above entitled case is related to Erick Alexander Granados Garcia, aka "Gordo," aka "Alexander," aka "Pantoloneta," et al. Case No. 17CR1465-CAB, pursuant to Local Rule 57.2.1, Related Cases. The United States Attorney certifies the cases are related for the following reason(s):

    __X__ (1) More than one indictment or information is filed or pending against one of the same defendants.

    __X__ (2) Prosecution against different defendants arises from:

        __X__ (a) A common wiretap

        ____ (b) A common search warrant

        ____ (c) Activities that are part of the same alleged criminal event or transaction; that is, the cases involved substantially the same facts and the same questions of law.

DATED: 1/9/18

ADAM L. BRAVERMAN
United States Attorney